■ BARBARA DOUGLAS, Appellant, v LONG ISLAND RAIL ROAD, Respondent. [635 NYS2d 476] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Robbins, J.), dated July 21, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Robbins at the Supreme Court. Mangano, P. J., Sullivan, Miller and Santucci, JJ., concur.